**Order entered October 29, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00408-CR

**JOSHUA SEAN MUEGGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82053-2012**

## ORDER

The reporter's record was originally due in this appeal on July 9, 2013. On July 10, 2013, the Court granted court reporter LaTresta Ginyard a thirty-day extension of time to file the record and on September 23, 2013, the Court granted Ms. Ginyard a second thirty-day extension of time to file the record. On October 18, 2013, Ms. Ginyard filed a third extension request seeking an additional ten days to file the record. However, rather than tendering the record by October 28, 2013, on that date, Ms. Ginyard filed a fourth extension request seeking an additional five days to file the reporter's record. We **DENY** Ms. Ginyard's October 18 and 28, 2013 third and fourth extension requests.

We **ORDER** court reporter LaTresta Ginyard to file the reporter's record by **NOVEMBER 4, 2013**. No further extensions will be granted. If the record is not filed by the

date specified, the Court will order that LaTresta Ginyard not sit as a court reporter until she files the record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; court reporter LaTresta Ginyard; and to counsel for all parties.

/s/    LANA MYERS
JUSTICE